■ MEHMET ERK, M.D., et al., Appellants, v HEALTHNOW NEW YORK, INC., et al., Respondents. [758 NYS2d 565] —Appeal from an order of Supreme Court, Erie County (Makowski, J.), entered January 9, 2003, which, inter alia, denied plaintiffs' cross motion for leave to serve a third amended complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Memorandum: As limited by their brief, plaintiffs appeal from that part of an order denying their cross motion seeking leave to serve a third amended complaint. Supreme Court properly determined that the allegations of fraud contained in the proposed third amended complaint relate to defendants' alleged breach of the obligations under the contracts with plaintiffs and thus that a separate cause of action for fraud is not stated (*see Towne Ford v Marowski,* 251 AD2d 1075, 1076 [1998]; *cf. Deerfield Communications Corp. v Chesebrough-Ponds, Inc.,* 68 NY2d 954, 956 [1986]; *First Bank of Ams. v Motor Car Funding,* 257 AD2d 287, 291-292 [1999]). Thus, we conclude that the court did not abuse its discretion in denying plaintiffs' cross motion (*see generally Fingerlakes Chiropractic v Maggio,* 269 AD2d 790, 791 [2000]). Present—Green, J.P., Wisner, Scudder and Kehoe, JJ.

■ In the Matter of MARVIN KANTOR, an Attorney, Resignor. [762 NYS2d 545] —Voluntary resignation accepted and name removed from the roll of attorneys (*see Matter of Manown,* 240 AD2d 83 [1998]). Present—Pine, J.P., Wisner, Hurlbutt, Scudder and Hayes, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RODNEY COLLINS, Appellant. [762 NYS2d 546] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford,* 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Erie County, Forma, J.—Attempted Assault, 2nd Degree.) Present—Pigott, Jr., P.J., Pine, Hurlbutt, Lawton and Hayes, JJ.